UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-CR- 00225-T-30EAJ
18 U.S.C. § 2314

ERIC BRANDON ALMLY
    a/k/a   "Matt Kennard"
             "Matt Caurnoyer"
             "Matthew Caurnoyer"
             "Matthew W. Caurnoyer"
             "Matthew William Caurnoyer"
             "Jason Long"
             "Jason Michael Long"
             "Troy Finigan"
             "Jason Lange"
             "Jason Michael Lange"
             "Jeffrey Siegle"
             "Jeffrey Scott Siegle"
             "ALMLY24"
             "Eric Amly"
             "Eric B. Almly"
             "nbdealer24"
             "almly24@hotmail.com"
             "laptops24@aol.com"
             "laptops27@aol.com"
             "mattycon52@aol.com"
             "mattycon52@gmail.com"
             "mattycon53@hotmail.com"
             "laptopdlr55"

## INFORMATION

The United States Attorney charges:

### COUNT ONE
**(Interstate Transportation of Stolen Property - 18 U.S.C. § 2314)**

From at least January 2002 to April 20, 2007, in the Middle District of Florida and elsewhere, the defendant,

ERIC BRANDON ALMLY

        a/k/a  "Matt Kennard"
              "Matt Caurnoyer"
              "Matthew Caurnoyer"
              "Matthew W. Caurnoyer"
              "Matthew William Caurnoyer"
              "Jason Long"
              "Jason Michael Long"
              "Troy Finigan"
              "Jason Lange"
              "Jason Michael Lange"
              "Jeffrey Siegle"
              "Jeffrey Scott Siegle"
              "ALMLY24"
              "Eric Amly"
              "Eric B. Almly"
              "nbdealer24"
              "almly24@hotmail.com"
              "laptops24@aol.com"
              "laptops27@aol.com"
              "mattycon52@aol.com"
              "mattycon52@gmail.com"
              "mattycon53@hotmail.com"
              "laptopdlr55"

did knowingly transport and cause to be transported in interstate commerce goods, wares, and merchandise, of the value of $5,000 or more, knowing the same to have been stolen; said goods, wares, and merchandise being more particularly described as laptops, computers, computer-related equipment, and other stolen goods.

In violation of Title 18, United States Code, Sections 2314.

## **FORFEITURE**

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.    From his engagement in any or all of the violations alleged in Count One

of this Indictment, in violation of Title 18, United States Code, Section 2314, the defendant,

> ERIC BRANDON ALMLY
> a/k/a  "Matt Kennard"
> "Matt Caurnoyer"
> "Matthew Caurnoyer"
> "Matthew W. Caurnoyer"
> "Matthew William Caurnoyer"
> "Jason Long"
> "Jason Michael Long"
> "Troy Finigan"
> "Jason Lange"
> "Jason Michael Lange"
> "Jeffrey Siegle"
> "Jeffrey Scott Siegle"
> "ALMLY24"
> "Eric Amly"
> "Eric B. Almly"
> "nbdealer24"
> "almly24@hotmail.com"
> "laptops24@aol.com"
> "laptops27@aol.com"
> "mattycon52@aol.com"
> "mattycon52@gmail.com"
> "mattycon53@hotmail.com"
> "laptopdlr55",

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title, and interest in any property, real and personal, constituting and derived from proceeds traceable to such offense, including, but not limited to, a forfeiture money judgment in the amount of $154, 214.41, representing the proceeds the defendant obtained as a result of such offenses.

3. If any of the property described above, as a result of any act or omission of the defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) [incorporated under the provision of Title 28, United States Code, Section 2461(c)], to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

ROBERT E. O'NEILL
United States Attorney

By: _____
THOMAS N. PALERMO
Assistant United States Attorney

By: _____
ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, General Crimes Section