UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 8:08-cr-225-T-30EAJ

ERIC BRANDON ALMLY,

    Defendant.

## **FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #19) of the United States of America for entry of a Forfeiture Money Judgment in the amount of $154,214.41, which, upon entry, shall become a final order of forfeiture as to defendant Eric Brandon Almly.

Being fully advised in the premises, the Court finds that the government has established that the defendant obtained at least $154,214.41 in proceeds from the interstate transportation of stolen property, in violation of 18 U.S.C. § 2314. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that for good cause shown, the United States' motion (Dkt. #19) is GRANTED.

It is further ORDERED that defendant Eric Brandon Almly is personally liable for a Forfeiture Money Judgment in the amount of $154,214.41 in United States

currency, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b).

It is further ORDERED that the United States may seek forfeiture of any of defendant's property up to the value of the $154,214.41 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of any property, belonging to the defendant, that the United States is entitled to seek as substitute assets and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

F:\Docs\2008\08-cr-225.forfeit fj 19.wpd

2