# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:08-cr-225-T-30EAJ          Date: December 10, 2008

U.S.A. vs.   Eric Brandon Almly

Honorable   James S. Moody, Jr.          Interpreter:   N/A
                                          Language:

Court Reporter:   Sherrill Jackson          Courtroom Deputy:   Sara Boswell

Time: 10:05 a.m. - 11:20 a.m.   Total: 1 hour and 15 minutes   Probation Officer:   Christine Hatten

Attorney(s) for Government:                    Attorney(s) for Defendant:

Thomas Palermo                                 Howard Anderson

## CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

_X_   Plea agreement is ratified and accepted.

_X_   Government's witnesses called:   Toni Brown

_X_   Victims: Thomas Colgan (Outback Steakhouse) and Robert Leger (FedEx)

_X_   Defendant is adjudged guilty on count   ONE of the Indictment

___   Court finds ( )grounds   ( )no grounds for guideline departure.

___   Sentence imposed is adjusted ( )up   ( )down from guidelines.

___   Court finds that departure will not undermine the purposes of the statute.

_X_   Imprisonment: 10 years as to Count One of the Indictment

_X_   The Court recommends confinement at:   FCI Miami or FCI Coleman

___   Probation:

_X_   Supervised Release:   3 years as to Count One of the Indictment

_X_   Fine:  Waived

_X_   Restitution: $109,733          To be paid:   See J&C for details

_X_   Special Assessment:  $100.00          To be paid (X) immediately  (X)

__X__   Special Conditions of ( )probation  (X)supervised release are:

(X) Defendant shall participate in a substance abuse treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services. Upon completion of a drug or alcohol dependency treatment program the defendant is directed to submit to testing to random drug testing.

(X) Defendant shall participate as directed in a program of mental health treatment (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

(X) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the probation officer.

(X) The defendant shall provide the probation officer access to any requested financial information.

(X) The defendant shall cooperate in the collection of DNA as directed by the probation officer.

(X) The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. The Court orders random drug testing not to exceed 104 tests per year.

__X__   Defendant is remanded to custody of U.S. Marshal.
___   Defendant to surrender to ( )designated institution  ( )U.S. Marshal
( )at_____  ( )on_____  ( )before_____
( )as notified by U.S. Marshal  ( )as notified by probation officer.
___   Count_____ of the indictment dismissed on motion by Govt.
__X__   Defendant advised of right to appeal and to counsel on appeal.
___   Bond ( )continued  ( )modified_____
__X__   Notice Concerning Appeals From Criminal Conviction furnished to:
(X )counsel for Defendant  ( )Defendant
__X__   Declaration of Intent to Appeal provided to the defendant in court.

Other: _____

### GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:

Total Offense Level:    21

Criminal History Category:    VI

Imprisonment Range:    77    to    96    months

Supervised Release Range:  2    to   3    years

Fine Range:$ 7,500    to $ 302,000

Restitution:$ 154,214.41